UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------

ADAM T. GRECO,

                    Plaintiff,

       vs                                             6:04-CV-1354

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

-------------------------------------

APPEARANCES:                                   OF COUNSEL:

PETER M. MARGOLIUS, ESQ.
Attorney for Plaintiff
7 Howard Street
Catskill, NY 12414

HON. GLENN T. SUDDABY                     WILLIAM H. PEASE, ESQ.
United States Attorney for the               Assistant U.S. Attorney
Northern District of New York
Attorney for Defendant
100 South Clinton Street
P. O. Box 7198
Syracuse, New York  13261-7198

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff brought this action challenging the denial of Social Security Disability Insurance benefits pursuant to 42 U.S.C. § 405(g).  By Report-Recommendation dated November 6, 2006, the Honorable David R. Homer, United States Magistrate Judge, recommended that the decision denying disability benefits be affirmed, Greco's motion for a finding of disability be denied, and the Commissioner's cross-motion be granted.  No objections have been filed.

Based upon a careful review of entire file and the recommendations of Magistrate Judge Homer, the Report-Recommendation is accepted in whole. See 28 U.S.C. 636(b)(1). Accordingly, it is

ORDERED that

1. The decision denying disability benefits is AFFIRMED;

2. The plaintiff's motion for a finding of disability is DENIED; and

3. The Commissioner's cross-motion is GRANTED.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

United States District Judge

Dated: January 29, 2007
        Utica, New York.